

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jose Victor Pellot-Cardona*, S14 16 Cr. 387 (JMF)

Dear Judge Furman:

      The Government writes to respectfully request an adjournment of the May 4, 2022 control date for the sentencing of Jose Victor Pellot-Cardona. As the Court is aware, Pellot-Cardona testified at the recent trial of Julio Marquez-Alejandro, a/k/a "Chino," and Luis Blondet. The Government respectfully requests that the Court adjourn the control date for Pellot-Cardona's sentencing to a date after the trial defendants' sentencings, which are currently scheduled for September 22 and 29, 2022. Pellot-Cardona, through counsel, has consented to this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____
      Jamie E. Bagliebter
      Peter J. Davis
      Jacob R. Fiddelman
      Justin V. Rodriguez
      Assistant United States Attorneys
      (212) 637-1024

cc:    Mark DeMarco, Esq.
        Donald Yannella, Esq.

Application GRANTED. Sentencing is hereby ADJOURNED to September 30, 2022, at 3:00 p.m. No later than two days before sentencing, the Government shall update the Court about the anticipated timing of sentencing. If, at any point, the parties decide that the Court should proceed to sentencing, they should so advise the Court by letter and, if necessary, request that the Court order a Presentence Investigation Report. The Clerk of Court is directed to terminate Doc. #747. SO ORDERED.

May 3, 2022