

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2022

> Application GRANTED. Sentencing is hereby ADJOURNED to March 31, 2023, at 3:00 p.m.. The Clerk of Court is directed to terminate Doc. #792. SO ORDERED.
>
> September 30, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Jose Victor Pellot-Cardona*, S14 16 Cr. 387 (JMF)

Dear Judge Furman:

The Government writes to respectfully request an adjournment of the September 30, 2022 control date for the sentencing of Jose Victor Pellot-Cardona. Pellot-Cardona's cooperation with the Government is not yet complete. Accordingly, the Government respectfully requests that the Court adjourn the control date for Pellot-Cardona's sentencing for six months. In the event Pellot-Cardona can be sentenced before that adjourn date, the parties will promptly notify the Court. Pellot-Cardona, through counsel, has consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jamie E. Bagliebter
Peter J. Davis
Jacob R. Fiddelman
Justin V. Rodriguez
Assistant United States Attorneys
(212) 637-1024

cc:   Mark DeMarco, Esq.
      Donald Yannella, Esq.