

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jose Victor Pellot-Cardona*, S14 16 Cr. 387 (JMF)

Dear Judge Furman:

      The Government writes with respect to the March 29, 2024 control date for the sentencing of defendant Jose Victor Pellot-Cardona. The parties respectfully request that the Court convert the control date to an actual sentencing proceeding on that same date and direct the Probation Office to prepare a presentence investigation report.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

      by: _____
              Jamie E. Bagliebter
              Peter J. Davis
              Jacob R. Fiddelman
              Justin V. Rodriguez
              Assistant United States Attorneys
              (212) 637-1024

cc:    Mark DeMarco, Esq.
        Donald Yannella, Esq.

Applications GRANTED. Sentencing is RESCHEDULED to March 28, 2024 at 3:00 p.m. The Government is directed to provide the Probation Officer with its factual statement within 7 days. Defense counsel must arrange for the defendant to be interviewed by the Probation Department within the next two weeks. The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at http://nysd.uscourts.gov/judge/Furman) for sentencing-related procedures and practices. Given the nature of the Defendant's plea, the Government's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Defendant's sentencing submission shall be served one week in advance of the date set for sentencing. The Clerk of Court is directed to terminate Doc. #876. SO ORDERED.

October 27, 2023