Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| 135 Prospect Street<br>Ridgewood, NJ 07450 | 299 Broadway, Suite 800<br>New York, NY 10007 |

February 14, 2024

Re:   U.S. v. Jose Victor Pellot-Cardona
      S14 16 Cr. 387 (JMF)

Dear Judge Furman:

   Mark DeMarco and I are defense counsel for Mr. Pellot-Cardona, who is scheduled to be sentenced on March 28, 2024.

   With the consent of Assistant United States Attorney Jacob Fiddelman, we respectfully request that the sentencing hearing be adjourned for approximately thirty days. The adjournment is necessary for defense counsel to review the Presentence Report with Mr. Pellot-Cardona and to prepare a sentencing submission. No prior requests have been made to adjourn the sentencing hearing.

Sincerely,

Donald Yannella, Esq.

Application GRANTED. Sentencing is hereby ADJOURNED to May 2, 2024, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #14.

SO ORDERED.

February 14, 2024