

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 3, 2024

**BY ECF**

Application GRANTED.  No further adjournments are likely to be granted. The Clerk of Court is directed to terminate Doc. #926. SO ORDERED.

May 3, 2024

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Jose Victor Pellot-Cardona*, S14 16 Cr. 387 (JMF)

Dear Judge Furman:

Due to a scheduling conflict that has arisen, the Government writes with the consent of defendant Jose Victor Pellot-Cardona to respectfully request that the Court adjourn Pellot-Cardona's sentencing to the week of July 29, 2024. From the parties' discussions you're your Honor's Chambers, we understand that July 31, 2024 at 2:30 p.m. is a date and time at which all parties are available.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jamie E. Bagliebter
Peter J. Davis
Jacob R. Fiddelman
Justin V. Rodriguez
Assistant United States Attorneys
(212) 637-1024

cc:     Mark DeMarco, Esq.
        Donald Yannella, Esq.